

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

STEVEN M. BIRCOLL,   CASE NO: 05-20954-CIV-MORENO
                     MAGISTRATE JUDGE SIMONTON
   Plaintiff,

vs.

MIAMI-DADE COUNTY, et. al.,

   Defendants.
_____/

### Plaintiff's Pretrial Disclosures

COMES NOW the Plaintiff, STEVEN M. BIRCOLL, by and through his undersigned attorneys, pursuant to Fed.R.Civ.Pro. 26(a) and Rule 26.1(a) of the Local Rules of the United States District Court for the Southern District of Florida, and files these his initial disclosures as follows:

1. The following are the names and addresses of each individual likely to have discoverable information which Plaintiff may use in support of his claims:

   A. Nova Southeastern University Clinic for Audiology and Speech Language Pathology, 2555 Davie Road, Ft. Lauderdale, Florida.

   B. University of Miami Ear Institute, Division of Audiology, 1666 NW 10th Avenue, Miami, Florida, 33101.

1



  C. Thomas Balkany, MD, University of Miami, Department of Otolarangology, PO Box 16960, Miami, Florida, 33101.

  D. Sergant Charles Trask, Miami-Dade County Police Department, 9105 NW 25th Street, Miami, Florida, 33172.

  E. Officer Gene Faustin, Miami-Dade County Police Department, 9105 NW 25th Street, Miami, Florida, 33172.

  F. Officer Everett Townsend, Miami-Dade County Police Department, 9105 NW 25th Street, Miami, Florida, 33172.

  G. Cindy Lightbourne, Assistant State Attorney, 1469 NW 13th Terrace, Miami, Florida, 33125.

  H. Lieutenant Jim Dautel, Miami-Dade County Police Department, 9105 NW 25th Street, Miami, Florida, 33172.

  I. Jennifer Joy, University of Miami Ear Institute, 1666 NW 10th Avenue, Miami, Florida, 33101.

  J. Rick Swope, Swope Reconstruction, PO Box 290547, Davie, Florida, 33329-0547.

  K. Dr. McCay Vernon, 313 Ebb Tide Court, Ponte Verda Beach, Florida, 32028.

  L. Steven M. Bircoll, 10121 NW 21st Court, Pembroke Pines,

Florida, 33026-1803.

2. The following documents are in possession of Plaintiff and may be used to support his claims in this case:

A. Nol Prose filed by the State Attorney in *State of Florida v. Bircoll*, Case No. 574996X, dated March 8, 2002.

B. Arrest form of Plaintiff dated April 7, 2001.

C. Miami-Dade Police Department DUI Test Report dated April 7, 2001.

D. Miami-Dade Police Department Implied Consent Law Statement.

E. Affidavit of Refusal to Submit to Breath Urine Blood Test.

F. Notes taken by Officer Everett Townsend.

G. Jail Booking Record for Plaintiff dated April 7, 2001.

H. Traffic Citations Nos. 6595ASV and 6596ASV given Plaintiff by Officer Trask dated April 7, 2001.

I. Card provided to police by Plaintiff on April 7, 2001.

J. Picture of intersection at Miami Lakes Drive and Royal Oak Shopping Center.

K. Plaintiff's telephone bill for cellular telephone for April 6 and 7, 2001.

3

J. Turner Guilford Knight Roster for April 7, 2001.

L. Tape of various television news pieces with regard to Plaintiff's arrest.

M. Tape of the administrative hearing.

N. Tape of hardship hearing.

3. Plaintiff has yet to compute his damages and has no documents other than those set forth in No. 2 above.

4. Category 26(a)(d) does not apply to Plaintiff.

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was mailed to Eric A. Hernandez, Assistant County Attorney, Miami-Dade County Attorney, 111 NW 1st Street, Suite 2810, Miami, Florida, 33128, this ___ day of July, 2005.

JAY M. LEVY, P.A.
9130 South Dadeland Boulevard
Two Datran Center, Suite 1510
Miami, Florida 33156
Telephone No: (305) 670-8100
Facsimile No: (305) 670-4827

BY: _____
JAY M. LEVY, ESQUIRE
FLORIDA BAR #: 219754