FILED by \_\_\_ D.C.
ELECTRONIC
Nov 23 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

STEVEN M. BIRCOLL,   CASE NO: 05-20954-CIV-MORENO
                    MAGISTRATE JUDGE SIMONTON

    Plaintiff,

vs.

MIAMI-DADE COUNTY, et. al.,

    Defendants.
_____/

## WITNESS AND EXHIBIT LIST

COMES NOW the Plaintiff, STEVEN M. BIRCOLL, by and through his undersigned attorneys, in compliance with the most recent pretrial order and files this witness and exhibit list:

I.    Plaintiff may call the following witnesses at trial. Plaintiff anticipates calling these witnesses live unless their unavailability requires the use of and/or the taking of their deposition for trial:

    1.    Jennifer Joy
           University of Miami Ear Institute
           1666 NW 10th avenue
           Miami, Florida 33101

           Jennifer Joy will testify as to the nature of Plaintiff's disability and the meaning of certain medical records.

2. Steven M. Bircoll
10121 NW 21st Court,
Pembroke Pines, Florida 33026

Plaintiff will testify as to the nature of his disability and the circumstances of the traffic stop, arrest and incarceration, which gave rise to the lawsuit in question. He will testify as to his out of pocket loss, compensatory damages and his emotional upset.

3. Charles Trask
Miami-Dade County Police Department
9105 NW 25th Street
Miami, Florida 33172

Sergeant Trask will testify as to the facts and circumstances of the traffic stop and arrest of the Plaintiff.

4. Gene Faustin
Miami-Dade County Police Department
9105 NW 25th Street
Miami, Florida 33172

Officer Faustin will testify as to the facts and circumstances of the traffic stop and arrest of the Plaintiff.

5. Everett Townsend
Miami-Dade County Police Department
9105 NW 25th Street
Miami, Florida 33172

Officer Townsend will testify as to the facts and circumstances concerning his attempt to administer the Intoxilyzer test to Plaintiff.

6. Iris Bruel, Ph.D.
7800 Red Road
Suite 310
South Miami, Florida 33143

2

>Iris Bruel will testify as to her care and treatment of the Plaintiff, her diagnosis of his condition and her prognosis with regard to the Plaintiff.

7. Dr. Janice Millican
   125 NE 8th Street
   Homestead, Florida 33030

   Dr. Millican will testify as to her care and treatment of the Plaintiff, her diagnosis of his condition and her prognosis with regard to the Plaintiff.

8. Gregory Bennett
   Miami Dade Department of Corrections
   2525 NW 62nd Street
   Miami, Florida

   Captain Bennett may testify as to the meaning of certain records of the Department of Corrections.

9. Records Custodian
   Nova Southeastern University
   Clinic for Audiology and Speech Language Pathology
   2555 Davie Road
   Ft. Lauderdale, Florida

   Records Custodian to introduce medical records of Nova Southeastern Clinic relating to the Plaintiff.

10. Records Custodian
    University of Miami Ear Institute
    Division of Audiology
    1666 NW 10th Avenue
    Miami, Florida, 33101

    Records Custodian to introduce medical records of University of Miami Audiology Division relating to the Plaintiff.

11. Thomas Balkany, MD,
    University of Miami
    Department of Otolarangology
    PO Box 16960
    Miami, Florida, 33101

    Dr. Balkany will testify as to the nature of Plaintiff's disability and the meaning of certain medical records.

12. Cindy Lightbourne, Esq.
    1469 NW 13th Terrace
    Miami, Florida, 33125.

    Attorney Lightbourne will testify about the criminal prosecution of Plaintiff which arose from his DUI arrest and what the result of the prosecution was.

13. Rick Swope,
    Swope Reconstruction
    PO Box 290547
    Davie, Florida, 33329-0547

    Mr. Swope may testify concerning the scene where the infraction allegedly occurred and the lighting at the time of the traffic stop as will as other matters relative to a physical inspection of the scene.

14. Dr. McCay Vernon
    313 Ebb Tide Court
    Ponte Verda Beach, Florida, 32028.

    Dr. Vernon will offer opinions as to whether the actions of the Police Officers and the Department of Corrections violated the Americans with Disabilities Act and the Rehabilitation Act.

15. Jonathan Bletcher, Esq.
    9130 South Dadeland Boulevard
    Suite 1510
    Miami, Florida 33156

>   Attorney Bletcher may testify as to nuances with regard to an arrest for DUI, the requirements with regard to taking the Intoxilyzer test and the penalty if one fails to take the Intoxilyzer.

16. Records Custodian
    State of Florida
    Division of Driver's Licenses

    Records Custodian to introduce Plaintiff's driver license records.

17. James Huard
    10840 Morningstar Drive
    Cooper City, Florida

    Mr. Huard will testify as to the facts and circumstances which led to him coming to the Turner Guilford Knight Center to pick up the Plaintiff as well as the facts and circumstances of the pickup.

18. Records Custodian
    Clerk of the Circuit Court
    Justice Building
    1251 NW 12th Street
    Miami, Florida

    Records Custodian to introduce court records relating to the prosecution of the Plaintiff with regard to the tickets he received on the night in question from Sergeant Trask.

II. Plaintiff may introduce the following documents at trial:

1. Medical Records of Nova Southeastern relating to the Plaintiff.

2. Medical records of University of Miami Audiology Division relating to the Plaintiff.

3. Records of Michigan Ear Institute relating to Audiological Examination taken by Plaintiff on 9/15/97

5

4. Records and bills of Iris Bruel relating to her care and treatment of Plaintiff.

5. Records and bills of Dr. Janis Millican relating to her care and treatment of Plaintiff.

6. Picture of intersection at Miami Lakes Drive and Royal Oak Shopping Center.

7. Traffic Citations Nos. 6595ASV and 6596ASV given Plaintiff by Officer Trask dated April 7, 2001.

8. Arrest form of Plaintiff dated April 7, 2001.

9. Miami-Dade Police Department DUI Test Report dated April 7, 2001.

10. Miami-Dade Police Department Implied Consent Law Statement.

11. Affidavit of Refusal to Submit to Breath, Urine, or Blood Test.

12. Florida Department of Law Enforcement Alcohol Testing Program Operational Procedures Checklist

13. Florida Department of Law Enforcement Alcohol Testing Program Breath Test Result Affidavit

14. Card provided to police by Plaintiff on April 7, 2001.

15. Jail Booking Record for Plaintiff dated April 7, 2001.

16. Turner Guilford Knight Roster for April 7, 2001.

17 Nolle Prose filed by the State Attorney in *State of Florida v. Bircoll*, Case No. 574996X, dated March 8, 2002.

18. Plaintiff's telephone bill for cellular telephone for April 6 and 7, 2001.

19. Transcript of or Tape of the administrative hearing held with regard to Plaintiff's driver's license suspension due to failure to tax Intoxilyzer Test.

20. Trancript of or Tape of hardship hearing to get permit to operate vehicle.

21. Records of the State of Florida Division of Driver's Licenses relating to the suspension of Plaintiff's driver's license

22. Vehicle Strage Receipt for Chevrolet Sebring

23. Bill for Car Storage

24. Bill for Towing

25. Bill for bail bond

26. Video Tapes of Various News Stories relating to Plaintiff's arrest and incarceration.

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was faxed to Eric A. Hernandez, Assistant County Attorney, Miami-Dade County Attorney, 111 NW 1st Street, Suite 2810, Miami, Florida, 33128, this 23rd day of November, 2005.

>JAY M. LEVY, P.A.
>9130 South Dadeland Boulevard
>Two Datran Center, Suite 1510
>Miami, Florida  33156
>Telephone No:  (305) 670-8100
>Facsimile No:   (305) 670-4827
>
>BY: /s/ JAY M. LEVY_____
>         JAY M. LEVY, ESQUIRE

FLORIDA BAR #: 219754